AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
2022 JUN -1 PM 3:48
UNITED STATES MARSHALS
COLUMBIA, SC

RECEIVED
USDC CLERK'S OFFICE SC
2022 JUN -1 PM 2:51

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Andrew Jon Sawyer a/k/a Omar Sawyer | )  Case No. 4:22 mj 23 |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Jon Sawyer a/k/a Omar Sawyer,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 18 U.S.C. § 1956(a)(3) - Laundering of Monetary Instruments
Title 18 U.S.C. § 1956(h) - Money Laundering Conspiracy

Date: 06/01/2022

*Issuing officer's signature*

City and state:   Florence, SC             Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* JUN - 1 2022, and the person was arrested on *(date)* 06-06-2022
at *(city and state)* Myrtle Beach, SC

Date: 06-06-2022

Arrested by S/A Quigley, FBI
*Arresting officer's signature*

By: Bonnie Walters, Records Examiner Analyst
*Printed name and title*

USCA4 29