AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Andrew Jon Sawyer a/k/a Omar Sawyer<br><br>_____<br>Defendant | )<br>)<br>)  Case No. 4:22 mj 23<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andrew Jon Sawyer a/k/a Omar Sawyer                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
    Title 18 U.S.C. § 1956(a)(3) - Laundering of Monetary Instruments
    Title 18 U.S.C. § 1956(h) - Money Laundering Conspiracy

Date:   06/01/2022

_____
Issuing officer's signature

City and state:   Florence, SC                              Thomas E. Rogers, III, U.S. Magistrate Judge
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/1/2022 , and the person was arrested on *(date)* 6/3/2022
at *(city and state)* Myrtle Beach, SC      .

Date: 6/6/2022

_____
Arresting officer's signature

Joseph Hamski
Special Agent, FBI
*Printed name and title*